IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00395-DBS-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

LISA MATEO-RIVERA

      Defendant.

## ORDER TERMINATING SUPERVISED RELEASE AND VACATING VIOLATION HEARING

    THIS MATTER is before the Court on the report of the probation officer concerning the defendant's adjustment to supervision following the supervised release violation hearing on April 6, 2006, and the defendant now being in full compliance of her supervision. Accordingly, it is

    ORDERED that the term of supervised release shall expire on October 5, 2006. It is

    FURTHER ORDERED that the supervised release violation hearing scheduled for October 5, 2006, is vacated.

    DATED at Denver, Colorado, this 25 day of September, 2006.

BY THE COURT:

RICHARD P. MATSCH
Senior District Judge